Kristie L. Fischer
2565 Coral Sky Court
Las Vegas, NV 89142
Telephone: (702) 218-0253
Email: Fischer.kristie@gmail.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Doherty Pierson III*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Doherty Pierson III,<br><br>       Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>       Defendants. | Case No.: 2:20-cv-02002-JAD-BNW |

## **NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC**

Plaintiff and Defendant, Trans Union, LLC have agreed to settle this lawsuit and intend to file a Voluntary Dismissal as to Trans Union, LLC with prejudice, no later than June 23, 2021.

1

Respectfully submitted,

By: */s/ Kristie L. Fischer*
Kristie L. Fischer
2565 Coral Sky Court
Las Vegas, NV 89142
Telephone: 702-218-0253
Email: Fischer.kristie@gmail.com
*Attorneys for Plaintiff,*
*Doherty Pierson*

### ORDER

Based on the parties' notice of settlement, IT IS ORDERED that by June 23, 2021, the parties must file either dismissal documents or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 2:41 pm, April 30, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2