Kristie L. Fischer
2565 Coral Sky Court
Las Vegas, NV 89142
Telephone: (702) 218-0253
Email: Fischer.kristie@gmail.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Doherty Pierson III*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Doherty Pierson III,

    Plaintiff,

vs.

Equifax Information Services, LLC, et al.,

    Defendants.

Case No.: 2:20-cv-02002-JAD-BNW

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff and Defendant, Equifax Information Services, LLC have agreed to settle this lawsuit and intend to file a Voluntary Dismissal as to Equifax Information Services, LLC with prejudice, no later than July 7, 2021.

1

Respectfully submitted,

By: */s/ Kristie L. Fischer*
Kristie L. Fischer
2565 Coral Sky Court
Las Vegas, NV 89142
Telephone: 702-218-0253
Email: Fischer.kristie@gmail.com
*Attorneys for Plaintiff,*
*Doherty Pierson*

### ORDER

Based on the notice of settlement between plaintiff and defendant Equifax Information Services, LLC (ECF No. 29), IT IS ORDERED that by 7/7/2021 those parties must file either dismissal documents or an additional joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 12:36 pm, May 14, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**